1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division
3  WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
        Telephone: (415) 436-6475
6        FAX: (415) 436-7234
        wendy.garbes@usdoj.gov
7
Attorneys for United States of America
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,             )  No. 23-cr-000336 JD
                                          )
13         Plaintiff,                     )  **STIPULATION TO CONTINUE STATUS
                                          )  CONFERENCE AND EXCLUDE TIME FROM
14     v.                                 )  NOVEMBER 13, 2023, TO JANUARY 8, 2024;
                                          )  [~~PROPOSED~~] ORDER**
15  KARI RUSSO AND STEVEN DUNSMORE,       )
                                          )  Current Date:  December 18, 2023
16         Defendants.                    )  Proposed New Date:  January 8, 2024
                                          )
17  _____)

18
            Plaintiff UNITED STATES OF AMERICA and Defendant STEVEN DUNSMORE hereby
19
    stipulate as follows:
20
        1.  The Court recently continued the status conference in this matter from November 13, 2023,
21
            to December 18, 2023, to accommodate its trial schedule;
22
        2.  Counsel for the government is unavailable on this date;
23
        3.  Accordingly, the parties stipulate to continue the status conference to January 8, 2024, at
24
            10:30 a.m., subject to the Court's availability.
25
        4.  With respect to the Speed Trial Act, it is hereby stipulated by and between counsel for the
26
            United States and counsel for the defendant STEVEN DUNSMORE, that time be excluded
27
            under the Speedy Trial Act from November 13, 2023, through January 8, 2024, for the
28

1    effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further

2    stipulate and agree that the ends of justice are served by excluding the time from November

3    13, 2023, through January 8, 2024, from computation under the Speedy Trial Act outweigh

4    the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

5    (B)(iv).

6        The undersigned Assistant United States Attorney certifies that she has obtained approval from

7    counsel for the Defendant to file this stipulation and proposed order.

8

9        IT IS SO STIPULATED.

10   DATED:  November 9, 2023                    _____/s/_____
                                                 WENDY M. GARBERS
11                                               Assistant United States Attorney

12   DATED: November 9, 2023                     _____/s/_____
13                                               JOHN JORDAN
                                                 Counsel for Defendant STEVEN DUNSMORE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3 December 18, 2023 status conference is continued to January 8, 2024, at 10:30 a.m.  Additionally, the

4 Court finds that failing to exclude the time from November 13, 2023, through January 8, 2024, would

5 unreasonably deny the parties the reasonable time necessary for effective preparation, taking into

6 account continuity of counsel and the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

7 Court further finds that the ends of justice served by excluding the time from November 13, 2023,

8 through January 8, 2024, from computation under the Speedy Trial Act outweigh the best interests of the

9 public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

10 HEREBY ORDERED that the time from November 13, 2023, through January 8, 2024, shall be

11 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

12

13      IT IS SO ORDERED.

14

15 DATED:  ___November 14, 2023___                    _____

16                                                                JAMES DONATO
                                                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28